IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PRIORITY DESIGN & SERVICE, INC.,** | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.** |
| VS. | § | **5:19-CV-00058-OLG** |
| | § | |
| **GABRIEL PLAZA dba PRIORITY AIR SERVICE,** | § | |
| | § | |
| Defendant. | § | |

### JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION
### IN COMPLIANCE WITH LOCAL RULE CV-88

Plaintiff and Defendant have conferred with regard to the matters described in Local Rule CV-88(b) and hereby submit their Joint Report on Alternative Dispute Resolution in Compliance with Local Rule CV-88.

**1.   Status of Settlement Negotiations**

Plaintiff made an initial settlement demand on May 3, 2019.  Defendant responded to that initial demand with a counter-proposal on May 30, 2019.  Plaintiff responded to Defendant's counter-proposal on June 14, 2019.

**2.   Persons Responsible for Settlement Negotiations for Each Party**

Kristine B. Hubbard of the Cokinos | Young law firm is the person responsible for settlement negotiations for Plaintiff.

Richard G. Miller, lead counsel for Defendant, is the person responsible for settlement negotiations for Defendant.

**3.   Evaluating Whether ADR is Appropriate in the Case**

The parties are in agreement that ADR in the form of mediation is appropriate for this case.

4.     **ADR Provider**

By agreement, Plaintiff and Defendant have selected Don Philbin, ADR Toolbox, P.O. Box 12367, San Antonio, Texas 78212, telephone number (210) 212-7100, to act as mediator in this case. The parties agree that they will each pay one-half of the fees of the mediator, regardless of the outcome of ADR.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **COKINOS \| YOUNG** | **FLETCHER, FARLEY,**<br>**SHIPMAN & SALINAS, L.L.P** |
| */s/ Stephanie O'Rourke* | */s/ Richard G. Miller* |
| **STEPHANIE O'ROURKE** | **RICHARD G. MILLER** |
| State Bar No. 15310800 | State Bar No. 14107500 |
| Email: sorourke@cokinoslaw.com | Email: richard.miller@fletcherfarley.com |
| **LAUREN S. ALDREDGE** | **DOUGLAS D. FLETCHER** |
| State Bar No. 24079380 | State Bar No. 07139500 |
| Email: laldredge@cokinoslaw.com | Email: doug.fletcher@fletcherfarley.com |
| 900 S. Capital of Texas Hwy., Suite 425 | 9201 North Central Expressway, Suite 600 |
| Austin, Texas 78746 | Dallas, Texas 75231 |
| (210) 293-8700 Telephone | (214) 987-9600 Telephone |
| (210) 293-8733 Facsimile | (214) 987-9866 Facsimile |
| **ATTORNEYS FOR PLAINTIFF**<br>**PRIORITY DESIGN & SERVICE, INC.** | and |
| | **GUNN, LEE, & CAVE, P.C.** |
| | **MIGUEL VILLARREAL, JR.** |
| | State Bar No. 24042095 |
| | Email: mvillarreal@gunn-lee.com |
| | **BRANDON T. COOK** |
| | State Bar No. 24084166 |
| | Email: bcook@gunn-lee.com |
| | 8023 Vantage Dr., Suite 1500 |
| | San Antonio, Texas 78230 |
| | (210) 886-9500 Telephone |
| | (210) 886-9883 Facsimile |
| | **ATTORNEYS FOR DEFENDANT**<br>**GABRIEL PLAZA dba**<br>**PRIORITY AIR SERVICE** |

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same thereby also was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure on the 28th day of June 2019.

                                      */s/ Richard G. Miller*
                                      **RICHARD G. MILLER**